JS 44C/SDNY
REV. 2/2016

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Diosdado Cabello-Rondon

DEFENDANTS
Dow Jones & Company, Inc. and News Corporation

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Winne, Banta, Basralian & Kahn, P.C.,
21 Main Street, Court Plaza South - East Wing, Hackensack, NJ 07601
(201) 487-3800

ATTORNEYS (IF KNOWN)
Unknown

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC 1332 (defamation - libel per se)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ] Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                          NATURE OF SUIT

                    TORTS                                                                      ACTIONS UNDER STATUTES

CONTRACT                  PERSONAL INJURY           PERSONAL INJURY              FORFEITURE/PENALTY    BANKRUPTCY                   OTHER STATUTES
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE        [ ] 310 AIRPLANE              PHARMACEUTICAL PERSONAL  [ ] 625 DRUG RELATED  [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120  MARINE           [ ] 315 AIRPLANE PRODUCT      INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY    28 USC 158              [ ] 376 QUI TAM
[ ] 130  MILLER ACT           LIABILITY             [ ] 365 PERSONAL INJURY          21 USC 881       [ ] 423 WITHDRAWAL            [ ] 400 STATE
[ ] 140  NEGOTIABLE       [x] 320 ASSAULT, LIBEL &      PRODUCT LIABILITY        [ ] 690 OTHER             28 USC 157                       REAPPORTIONMENT
         INSTRUMENT           SLANDER               [ ] 368 ASBESTOS PERSONAL                                                       [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF      [ ] 330 FEDERAL               INJURY PRODUCT                                                              [ ] 430 BANKS & BANKING
         OVERPAYMENT &        EMPLOYERS'                LIABILITY                                      PROPERTY RIGHTS              [ ] 450 COMMERCE
         ENFORCEMENT          LIABILITY                                                                                             [ ] 460 DEPORTATION
         OF JUDGMENT      [ ] 340 MARINE             PERSONAL PROPERTY                                 [ ] 820 COPYRIGHTS           [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT     [ ] 345 MARINE PRODUCT                                                       [ ] 830 PATENT                       ENCED & CORRUPT
[ ] 152  RECOVERY OF          LIABILITY             [ ] 370 OTHER FRAUD                                [ ] 840 TRADEMARK                    ORGANIZATION ACT
         DEFAULTED        [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                                (RICO)
         STUDENT LOANS    [ ] 355 MOTOR VEHICLE                                                                                     [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)      PRODUCT LIABILITY                                                        SOCIAL SECURITY              [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF      [ ] 360 OTHER PERSONAL
         OVERPAYMENT          INJURY                [ ] 380 OTHER PERSONAL       LABOR                 [ ] 861 HIA (1395ff)         [ ] 850 SECURITIES/
         OF VETERAN'S     [ ] 362 PERSONAL INJURY -     PROPERTY DAMAGE                                [ ] 862 BLACK LUNG (923)             COMMODITIES/
         BENEFITS             MED MALPRACTICE       [ ] 385 PROPERTY DAMAGE      [ ] 710 FAIR LABOR    [ ] 863 DIWC/DIWW (405(g))           EXCHANGE
[ ] 160  STOCKHOLDERS                                   PRODUCT LIABILITY            STANDARDS ACT     [ ] 864 SSID TITLE XVI
         SUITS                                                                   [ ] 720 LABOR/MGMT    [ ] 865 RSI (405(g))
[ ] 190  OTHER                                      PRISONER PETITIONS               RELATIONS                                      [ ] 890 OTHER STATUTORY
         CONTRACT                                   [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT                                  ACTIONS
[ ] 195  CONTRACT                                   [ ] 510 MOTIONS TO           [ ] 751 FAMILY MEDICAL  FEDERAL TAX SUITS          [ ] 891 AGRICULTURAL ACTS
         PRODUCT          ACTIONS UNDER STATUTES        VACATE SENTENCE              LEAVE ACT (FMLA)
         LIABILITY                                      28 USC 2255                                    [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196  FRANCHISE        CIVIL RIGHTS              [ ] 530 HABEAS CORPUS        [ ] 790 OTHER LABOR           Defendant)           [ ] 893 ENVIRONMENTAL
                                                    [ ] 535 DEATH PENALTY            LITIGATION        [ ] 871 IRS-THIRD PARTY              MATTERS
                          [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER    [ ] 791 EMPL RET INC         26 USC 7609           [ ] 895 FREEDOM OF
                                  (Non-Prisoner)                                     SECURITY ACT (ERISA)                                    INFORMATION ACT
REAL PROPERTY             [ ] 441 VOTING                                                                                            [ ] 896 ARBITRATION
                          [ ] 442 EMPLOYMENT                                     IMMIGRATION                                        [ ] 899 ADMINISTRATIVE
[ ] 210  LAND             [ ] 443 HOUSING/          PRISONER CIVIL RIGHTS                                                                    PROCEDURE ACT/REVIEW OR
         CONDEMNATION             ACCOMMODATIONS                                 [ ] 462 NATURALIZATION                                      APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE      [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS                 APPLICATION
[ ] 230  RENT LEASE &             DISABILITIES -    [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                          [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                EMPLOYMENT        [ ] 560 CIVIL DETAINEE               ACTIONS                                             STATE STATUTES
[ ] 240  TORTS TO LAND    [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT             DISABILITIES -OTHER
         LIABILITY        [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____  OTHER _____     JUDGE _____  DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [x] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [x] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Bolivarian Republic of Venezuela

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
1211 Avenue of the Americas, New York, New York 10036 (address is the same for both defendants)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:
N/A

Check one: THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE May 5, 2016   SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. _____ Yr. 1983 )
RECEIPT #    Attorney Bar Code # 1876846

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**Clear Form**     **Save**     **Print**